IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. HASKINS, on behalf of himself and all others similarly situated, | ) ) ) | Civil Action No. 09-0754 |
| Plaintiffs, | ) ) ) | Judge Wm. L. Standish |
| V. | ) ) | |
| VIP WIRELESS LLC 300, | ) ) | |
| Defendant. | ) | Electronically filed. |

## AMENDED CASE MANAGEMENT ORDER

AND NOW, to-wit, this ___21st___ day of October 2010, upon consideration of the foregoing **Joint Motion to Amend Case Management Order** it is hereby **ORDERED** that this motion is **GRANTED** as follows:

For discovery purposes only, the putative class shall be defined as those employees in the same job function as the Plaintiff, Michael J. Haskins, who were employed by VIP Wireless LLC 300 at any time from June 11, 2006 through October 19, 2010;

The scope of class discovery, as it pertains to the collection action, shall be confined to (a) identification of employees in the same job function as the Plaintiff, Michael J. Haskins, who were employed by VIP Wireless LLC 300 from June 11, 2006 through October 19, 2010; and (b) whether such employees are similarly situated;

Class discovery shall end on January 20, 2010;

Plaintiff's Motion for Collective Action Certification shall be due by February 20, 2011.

BY THE COURT;

_William L. Standish_
J.